(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

JURY TRIAL DEMANDED

**05-60407**
**CIV-SEITZ**

MAGISTRATE JUDGE
WHITE

Antonio Caraballo Jr
      plaintiff
_____
_____
_____

(Enter above the full name of the plaintiff or plaintiffs in this action.)

v.

① Wexford Health Sources Inc.
② Armor Correctional Care Services Inc.
③ Dr Campbell 'Doe'
④ Nurse Letitia 'Doe'
Individually And officially

(Enter above the full name of the defendant or defendants in this action.)

cat/div  Broward  "1983"
Case #   05-60407-CIV-
Judge Seitz    Mag White
Motn Ifp   No    Fee pd $ No
Receipt #  _____

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. Your should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

There is a filing fee of $150.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

In addition, if the Judge directs the U.S. Marshal to serve the summons and complaint to teach defendant, the United States Marshal will require you to pay for the costs of this service.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes ( )   No (X)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit
      Plaintiffs: N/A

      Defendants: N/A

   2. Court (if federal court, name the district; if state court, name the county): N/A

   3. Case Number: N/A
   4. Name of Judge to whom case was assigned: N/A

   5. Disposition (for example: Was the case dismissed?; Was it appealed?; Is it still pending?): N/A

   6. Approximate date of filing lawsuit: N/A
   7. Approximate date of disposition: ___

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

II. Place of present confinement: Broward County Main Jail - (Infirmary)

    A. Is there a prisoner grievance procedure in this institution?
        Yes (X)  No ( )

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
        Yes (X)  No ( )

    C. If your answer is YES:
       1. What steps did you take? Grieved
       2. What was the result? Negative

    D. If your answer is NO, explain why not: — N/A

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of plaintiff: Antonio Caraballo Jr.
       Address: 550 N.E. 44 St. Apt. C-2 Pompano Bch, Fl. 33064

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

    B. Defendant Wexford Health Sources Inc.
       is employed as Health providers for correctional Institutions
       at 1030 E. Roy Furman Hwy Waynesburg PA. 15370 Stationed at Broward County Main Jail 555 S.E. 1st St. Ft Lauderdale, Fl. 33310

Page 3 of 5

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

C. Additional Defendants: Armor Correctional Care Services Inc. AT 555 SE 1st ST. FT. Lauderdale Fl., 33310
(3) Dr. Campbell "Doe" 555 SE. 1st ST. FT. Lauderdale Fl. 33310
(4) LeTTiTia "Doe" 555 SE. 1st Ave FT. Lauderdale, Fl. 33310
Individually And officially

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach an additional blank page if necessary.)

This Claim is based on The followings:

→ ① Medical Malpractice

→ ② Medical Negligence

→ ③ Deliberate indifference To serious Medical needs

→ ④ Conspiracy

(SEE ATTACHED STAMENT OF CLAIM)

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

V. Relief

State briefly exactly what you want the court to do so for you. Make no legal arguments. Cite no cases or statutes.

I would like To be compensated in The Total Amount of 5,000,000.000 (Five Million Dollars) And I would like This court To Hold A Jury Trial And in order To find responsibilities And punishment To All individuals or companies involved

Signed this __11__ day of __March__, 20 _05_.

_____
(Signature of plaintiff or plaintiffs)

I declare under penalty of perjury that the foregoing is true and correct. Executed on _3-11-05_

_____
(Signature of plaintiff)

Page 5 of 5

_____
_____
_____
_____
_____
_____
_____
_____

Signed this __12__ day of __March__, 200**5** (_2005_)

_____
(Signature of plaintiff or plaintiffs)

**VERIFICATION**
State of Florida
County of Broward

I _____, being first duly sworn, under oath, says: That he is the plaintiff in this action and knows the content of the above complaint; that it is true of his own knowledge, except as to those matters that are stated in it on his information and belief, and as to those matters he believes to be true.

_____
Signature of Plaintiff

~~Subscribed and sworn to before me this_____day of_____, 2003.~~

_____

Verification
STATe of Florida
County of Broward

Under Penalty of Perjury, I The Plaintiff in This cause declare That all of The facts Described by me up To here is True To The best of my Knowledge And belief -18 U.S.C. § 1621 And 28 U.S.C. § 1746.

Affirmed And Signed This 12 day of March, 2005

5

_H C-111 G._
Signature of The Affiant

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. _____

/

AnTonio Caraballo Jr.------,~,?

**ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS**

UPON CONSIDERATION of the Motion and Affidavit to Proceed in Forma Pauperis, it is

ORDERED that the Motion to Proceed in Forma Pauperis without prepayment of costs or fees or the necessity of giving security therefor in the above-entitled cause be and the same is hereby

_____
U.S. District Judge

cc

Page 1-of 3

Statement of Claim.
Against The followings:

① Wexford Health Sources Inc.
② Armor correctional care services, Inc.
③ Dr. Campbell "Doe"
   Idividually and officially          Jury Trial Demanded

1- Medical Mal Practice
2- Medical Negligence
3- Deliberate indifference To serious Medical needs
4- Conspiracy

Complaint #1

On october 22nd of 2004 I was incarcerated and transported To The Broward County Main Jail 555 S.E. 1st ST. FT Lauderdale, Fl. 33310 where I was medically screened or Ivaluated, I made Them aware of a sleeping Disorder called Sleep Abnia That requires a breathing Machine To keep your breathing passage open while sleeping because I stop breathing during my sleep so Wexford Employee at The Time called my sister Veronica Caraballo and She delivered my Machine on The 23rd of October of 2004 Now on The 24th of October I informed Nurse letiTia an Employee for Wexford back Then and now employed for Armor. That I needed Vinegar and destilled water

2 of 3

To maintain my machine those are the instruction to care for the breathing machine and the we need destilled water to pour into moiterizer container which humidify the air. so nurse Lettitia told me and Ismael Cesar that they do not provide those things in here so finally after months of complaints that our machine were dirty and dusty and couldn't be used because of the seriousness of health conplications on February 21 of 2005 they provided us with the vinigar and destilled water.

Complaint #2

Also on October the 23rd of 2004 Dr. Cruz ordered X Rays on my left arm because I told them that I had a broken needle in my arm Dr. Cruz an employee for Wexford Health Sources at the time a Medical Service for the Broward County Main Jail. Saw the object a needle broken in my arm this was after I filled out a request form on October the 28th of 2004 So her company approved to have the needle removed but during the week of approval Armor correctional care services took over

The health service at The Broward County Main Jail. Now I told The charge Nurse about my Arm that is in pain so she made my problem Aware to Dr. Campbell "Doe" An Employee for Armor Correctional Care Services Inc. so he called me into his office and told me that the needle will come out by itself and thats when I question his profesionall abilities than I continue to complain about my Arm being in pain and still have not had the adiquate medical attention so I consider this to be Medical Malpratice and Negligence.

I Also inclose some documents to verify my claim 2 items inclosed in The next page



# DEPARTMENT OF DETENTION AND COMMUNITY CONTROL
# INMATE GRIEVANCE FORM

**TO BE COMPLETED BY INMATE**

Inmate's Name: Antonio Caraballo
Arrest#: 570405865
Cell: 4
Facility: Main Jail
Date: 3-11-05

**PART A - INMATE'S GRIEVANCE**

I've had made numerous attempts to have a syringe needle removed from my € left arm and medical staff has failed to follow up on this matter doctor Campbell told me that the needle will come out by itself. And I explain that my arm hurts but still refused to have a specialist look at my arm. There are x rays in file showing my claims are true

Staff's response: FORWARDED TO MEDICAL

Sergeant's response:

Inmate's Signature
Date Signed: 3-11-05

WHEN PART A - INMATE'S GRIEVANCE, IS COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO ANY STAFF MEMBER TO BE PLACED IN THE GRIEVANCE BOX.

**PART B - RESPONSE**

Supervisor's Signature/CCN                Date Signed

**TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.**

I wish to appeal the response____
Inmate's Signature                        Date Signed

**FACILITY ADMINISTRATOR'S RESPONSE TO APPEAL**

Facility Administrator's Signature        Date Signed

White Copy - Inmate
Yellow and Pink Copies - Grievance Box

BSO DJ#51 (Revised Feb. 2000)

# Wexford Health Sources, Inc.

## INMATE HEALTH SERVICE REQUEST

Nombre / Name: ~~Tony~~ Antonio Caraballo

Localidad / Housing/Inmate #: INFIRMARY 570405 8C5

Fecha / Date of Request: 10-28-04

Fecha de Nacimiento / Birth date: 12-10-67

Problema:

☒ Health Problem:
☐ Dental Problem:
☐ Mental Health Problem:

I have a ~~se~~ peice of syringe needle broken in my left forearm and it hurts. And I would like to know if they can do something to have it removed. Thank you I'm Afraid iT my shift

**Inmate – Do not write below this line.**

Person Triaging: A. Dahms   Date: 10-28   Time: 7PM
Disposition: SC

Intervention:   T _____   P _____   R _____   BP _____

S:

O:

A:

P:

E:

Date _____   Time _____   Signature _____

03/02