**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60407-CIV-SEITZ
MAGISTRATE JUDGE P. A. WHITE

FILED by _____ D.C.
JUL 1 5 2005
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

ANTONIO CARRABALLO, JR., :

    Plaintiff, :

v. : **ORDER OF DISMISSAL**

WEXFORD HEALTH SOURCES, INC., :
ET AL.,
     :
    Defendants.
     :

For the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file, ~~it is thereupon~~ and noting that no objections have been filed, it is hereby

ORDERED AND ADJUDGED as follows:

1. The complaint is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

2. The case is closed.

3. All pending motions not otherwise ruled upon by separate Order are dismissed, as moot.

DONE AND ORDERED at Miami, Florida, this **15** day of **July**, 2005.

_____
UNITED STATES DISTRICT JUDGE
PATRICIA A. SEITZ

cc: Antonio Carraballo, Pro Se